UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: _____

JORGE ABREU,

    Plaintiff,

v.

FP TIRE DISPOSAL, INC., a Florida
corporation, and FRANCISCO L. PUJOL,
Individually,

    Defendants.
_____/

## **DEFENDANTS' NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. § 1446, Defendants, FP TIRE DISPOSAL, INC., and FRANCISCO L. PUJOL (collectively "Defendants"), hereby invoke the jurisdiction of this Court under 28 U.S.C. §§ 1331 and 1441 and state the following grounds for removal of this case from the Circuit Court in and for Miami-Dade County, Florida to the United States District Court for the Southern District of Florida:

### REMOVAL JURISDICTION

1.     This Court has original jurisdiction over this action because it involves claims alleging violation of federal law. Specifically, the Fair Labor Standards Act (FLSA).

CASE NO.: _____

## TIMELINESS OF REMOVAL

2. On October 4, 2022, Plaintiff commenced a civil action against Defendants by filing a four count Complaint in the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida, Case No. 2022-019032-CA-01. Count I and II of the Complaint asserts that Plaintiff is owed money based on minimum wage violations of the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. (the "FLSA"). Count III and IV of the Complaint asserts Plaintiff is also owed money based on unpaid overtime wages in violation of the FLSA.

3. In accordance with 28 U.S.C. § 1446(a), true and correct copies of the State Court Docket, including all process, pleadings, documents, and orders which have been served upon Defendants are attached hereto as Exhibit "A."

4. Defendants have not served any answer or responsive pleading to Plaintiff's Complaint.

5. Defendants were served on October 13, 2022.

6. This Notice is filed with this Court within thirty (30) days after Defendants' service of the Complaint upon which this action is based, and before any proceedings were had thereupon in the Circuit Court. Thus, removal is timely pursuant to 28 U.S.C. § 1446(b).

7. Both Defendants consent to the removal of this matter to federal court.

## FEDERAL QUESTION JURISDICTION

CASE NO.: _____

8. This Court has original jurisdiction in this action pursuant to 28 U.S.C. § 1331 because Counts I,II, III, and IV of Plaintiff's Complaint alleged violations of the FLSA.

VENUE

9. Venue lies in this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(a).

10. Defendants submit this Notice of Removal without waiving any defenses or affirmative defenses to the claims asserted by Plaintiff and without conceding that Plaintiff has pled claims upon which relief can be granted.

11. Contemporaneously with this filing, Defendants are also filing a Notification of Removal with the Clerk of the Court for the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, as required by 28 U.S.C. § 1446(d). A true and accurate copy of the State Court Notification of Removal is attached as Exhibit "B."

12. As required by Federal Rule of Civil Procedure 81(c)(2), Defendants will file a response to Plaintiff's Complaint in this Court within seven days of filing this Notice of Removal.

WHEREFORE, Defendants, FP TIRE DISPOSAL, INC., and FRANCISCO L. PUJOL, respectfully request this action be removed from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida.

CASE NO.: _____

Dated: November 11, 2022

                        Respectfully submitted,

                        */s/Edwin Cruz, Esq.*
                        Edwin Cruz, Esq.
                        Fla. Bar No.
                        Email: ecruz@kdvlaw.com
                        Bria S. Campbell, Esq.
                        Fla. Bar No.
                        Email: bcampbell@kdvlaw.com
                        100 S.E. Third Avenue, Suite 1500
                        Fort Lauderdale, Florida 33394
                        *Counsel Defendants.*

CASE NO.: _____

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on **November 11, 2022,** a true and correct copy of the foregoing was filed with the clerk of court. I also certify that the foregoing document is being filed this day via CM/ECF, which will serve a copy via e-mail on the following: Monica Espino, Esq., Espino Law, 2655 S. Le Jeune Road, Suite 802, Coral Gables, FL 33134, Email: me@espino-law.com; legal@espino-law.com.

*/s/ Edwin Cruz, Esq.*
Edwin Cruz, Esq.